IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF REGIONAL CONTAINER LINES PTE LTD, RCL FEEDER PTE LTD, AND RCL FEEDERS PHILLIPINES INC. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 _____/ | No. 10-CV-80258 MISC JSW<br><br>**ORDER OF REFERRAL** |

Pursuant to Northern District Civil Local Rule 72-1, the *Ex Parte* Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution or, if appropriate, a report and recommendation. If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: November 9, 2010

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani