ORIGINAL

RECEIVED
2010 NOV -4 P 12: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF REGIONAL CONTAINER LINES PTE LTD, RCL FEEDER PTE LTD AND RCL FEEDERS PHILIPPINES INC. FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | Case No. CV 10-80258 MISC<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782<br><br>Date:<br>Time:<br>Place: |

IT IS HEREBY ORDERED that, pursuant to the Application filed Nov 4, 2010 of Applicants REGIONAL CONTAINER LINES PTD LTD, RCL FEEDER PTE LTD, and RCL FEEDERS PHILIPPINES INC. ("Applicants" or "RCL Entities"), the RCL Entities' Application for Judicial Assistance pursuant to 28 U.S.C. § 1782 for discovery of testimony and documents from the principals of Amaxus is granted in its entirety and that an order of this Court shall issue for subpoenas duces tecum for the personal appearance for deposition and for production of the documents

- 1 -

KYL_LB1344145

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 – Case No.

1 | and things described in the attached Exhibit "A" of :

2 |     1.    Mr. Samuel S. Chen;

3 |     2.    Mr. Johnny H. Chen;

4 |     3.    Ms. Angela F. Chen, and

5 |     4.    Ms. Helen S. Chen.

7 | IT IS SO ORDERED.

10 | Dated: /Dec, 2010

11 | UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

13 | Submitted by:

14 | WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
15 | JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
16 | JESSICA R. MATHER, CASB No. 268077
jessica.mather@kyl.com
17 | KEESAL, YOUNG & LOGAN
A Professional Corporation
18 | 400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
19 | Telephone: (562) 436-2000
Facsimile: (562) 436-7416
20 | Attorneys for Applicants
REGIONAL CONTAINER LINES PTE LTD,
21 | RCL FEEDER PTE LTD, and
RCL FEEDERS PHILIPPINES INC.

- 2 -  KYL_LB1344145

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 – Case No.

 

## EXHIBIT "A"

1. The relevant sale contracts for Amaxus' purchase and subsequent on-sale of the Cargo including, but limited to, Sale & Purchase Agreement no. JXTCIMPB309003 dated May 4, 2009;

2. Amaxus' bank records evidencing the receipt of the proceeds of sale of the Cargo from Jiangxi including, but not limited to, Amaxus' account with Cathay Bank being account no. 21202648, as well as Amaxus' remittance of the purchase price to the original seller of the Cargo;

3. All correspondence Amaxus had with the original seller of the Cargo, Jiangxi, and/or any other third party regarding the purchase, sale and shipment of the Cargo; and

4. Any and all other documents relating to the purchase, sale and shipment of the Cargo including pre-shipment inspection surveys, preloading inspection reports, commercial invoices, packing lists, bills of lading, certificates of origin, certificates of quality and quantity, customs clearances, and/or letters of credits.